SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

DEC 16 2010

J. T. NOBLIN, CLERK

BY_____DEPUTY

# CRIMINAL CASE COVER SHEET
## U.S. District Court
### PLACE OF OFFENSE:

3:10 CR 118 DPJ-FKB

CITY: _Madison_____

COUNTY: _Madison_____

**RELATED CASE INFORMATION:**

SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __x__ NO

NAME/ALIAS: ___Charles H. Evans, Jr._____

**U.S. ATTORNEY INFORMATION:**

AUSA ___DMH_____ BAR # _99990____

INTERPRETER: __X__ NO _____ YES LIST LANGUAGE AND/OR DIALECT:_____

**LOCATION STATUS:** ARREST DATE _May 26, 2010_

__X__ ALREADY IN FEDERAL CUSTODY AS OF _May 26, 2010_
_____ALREADY IN STATE CUSTODY
_____ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: ___2_____ _____ PETTY _____MISDEMEANOR ___2___ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 _18:1956-4601.F_ | _18 U.S.C. § 1956(H)_ | CONSPIRACY TO COMMIT MONEY LAUNDERING | _1_ |
| Set 2 _18:1344A.F_ | _18 U. S. C § 1344_ | BANK FRAUD | _2_ |
| Set 3 _____ | _____ | _____ | _____ |

Date: _12/15/10_   SIGNATURE OF AUSA: _D. Michael Hurst, Jr._