PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:10CR118 DPJ-FKB

CHARLES H. EVANS, JR.

The Clerk of said Court will issue summons returnable on **Tuesday, December 21, 2010,** at **2:30 p.m.**, before the Honorable F. Keith Ball, United States Magistrate Judge, at Jackson, Mississippi, an indictment against the above-named defendant having been filed in the above-entitled cause on _____.

This _____ day of _____, 2010.

                DONALD R. BURKHALTER
                United States Attorney

By: _____
      D. MICHAEL HURST, JR.
      Assistant U.S. Attorney
      MS Bar # 99990

Summons issued: _____