AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES OF AMERICA

v.    Case No. 3:10CR118-DPJ-FKB

CHARLES H. EVANS, JR.

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/21/10

_Charles H Evans_
Defendant's signature

_John Colette by MAB_
Signature of defendant's attorney

_John Colette_
Printed name of defendant's attorney

_[signature]_
Judge's signature

F. KEITH BALL, U.S. Magistrate Judge
Judge's printed name and title