IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:10CR118DPJ-FKB

CHARLES H. EVANS, JR.

## ORDER CONTINUING CAUSE FOR GUILTY PLEA

This matter having come before the Court on the arraignment of the Defendant regarding the information filed in this case. The Defendant and Defendant's counsel have advised the Court of the Defendant's intention to enter a Plea of Guilty in this cause.

IT IS THEREFORE ORDERED that this cause be and is hereby continued until such time as the Defendant enters a Plea of Guilty before the District Court. The Court finds that the ends of justice are best served by granting a continuance which outweighs the best interest of the public and the defendant in a speedy trial. Failure to grant the continuance would result in a miscarriage of justice.

IT IS FURTHER ORDERED that, within ten (10) days of this Order, the parties shall obtain a date from the District Court for the entry of Guilty Plea.

SO ORDERED this the __21st__ day of __DECEMBER__, 2010.

_____
UNITED STATES MAGISTRATE JUDGE